# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES ) ) v. ) ) ROBERT COPPOTELLI ) ) ) | Criminal No. 1:24-cr-00181 |

## DEFENDANT'S MOTION TO CONTINUE SENTENCING

Defendant Robert Coppotelli, by and through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing currently scheduled for December 6, 2024, to a date that allows for a reasonable period to pass, during which new policies from the incoming administration are expected to be implemented and could reasonably impact Mr. Coppotelli's case. In support of this Motion, counsel states the following:

1. Mr. Coppotelli pleaded guilty on September 3, 2024, to Disorderly and Disruptive Conduct in a Capitol Building or Grounds, in violation of 40 U.S.C. § 5104(e)(2)(D), and Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). *See* Dkt. No. 21.

2. Mr. Coppotelli's sentencing is currently scheduled for December 6, 2024, at 10:30 a.m.

3. On November 5, 2024, former President Donald J. Trump won the 2024 presidential election and is set to be sworn into office on January 20, 2025.

4. Throughout his campaign, President-elect Trump made multiple clemency promises to the January 6 defendants particularly to those who were nonviolent participants, like Mr. Coppotelli.

5.  For instance, on April 12, 2024, during an interview with Time Magazine, President-elect Trump referred to those prosecuted for January 6-related offenses as "political prisoners" and upon being asked if he would consider pardoning them, responded "I would consider that, yes."

6.  *See* "Read the Full Transcripts of Donald Trump's Interviews With TIME", Time Magazine, April 30, 2024, available at https://time.com/6972022/donald-trump-transcript-2024-election/, September 19, 2024; *see also* https://www.nbcnews.com/politics/donald-trump/trump-pardon-jan-6-capitol-rioters-rcna149900.

7.  The government waited years before bringing charges against Mr. Coppotelli; there is no prejudice incurred by continuing the matter until after the inauguration.

8.  The government opposes this motion.

WHEREFORE, for the foregoing reasons, Mr. Coppotelli respectfully requests that this Court grant this Motion and continue sentencing from December 6, 2024, to a date that allows for a reasonable period to pass, during which new policies from the incoming administration are expected to be implemented.

Respectfully submitted,

_____/s_____
David Benowitz
DC Bar No. 451557
Rammy Barbari
DC Bar No. 1032106
Price Benowitz, LLP
409 7th Street, NW, Suite 200
Washington, D.C. 20004
(202) 417-6000
David@PriceBenowitz.com
Rammy@PriceBenowitz.com

*Counsel for Robert Coppotelli*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November 2024, a copy of the foregoing Defendant's Motion to Continue Sentencing has been served via CM/ECF to all parties in this matter.

_____/s/_____
David Benowitz