UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-cr-181 (JEB) |
| : | |
| ROBERT COPPOTELLI, : | |
| : | |
| Defendant. : | |

OPPOSITION TO DEFENDANT'S MOTION
TO CONTINUE SENTENCING

The Government respectfully submits this opposition to defendant Robert Coppotelli's motion to continue sentencing based on speculation and conjecture that, in the wake of the 2024 Presidential election results, he is likely to receive a pardon. ECF No. 25.

There is a public interest in the prompt and efficient administration of justice. The government and the Court have endeavored to vindicate that interest. The government disagrees that a continuance is warranted here, as the defendant's justification at this time is mere speculation. The Court should proceed as it would in any other prosecution. Courts in this jurisdiction have denied similar motions. *See, e.g.*, *United States v. Avery*, 24-cr-00079 (CRC), November 6, 2024 Minute Order (following motion to continue sentencing hearing, ECF 48, the court ordered "that the sentencing hearings set for November 8, 2024, at 11:00 AM by VTC before Judge Christopher R. Cooper shall remain scheduled as to BOTH DEFENDANTS"); *United States v. Bosch*, No. 24-cr-210 (DLF), Nov. 7, 2024 Minute Order (denying motion to continue trial based on claim of potential clemency); *United States v. Carnell, et al.*, No. 23-cr-139 (BAH), Nov. 6, 2024 Minute Order (denying motion to continue status conference based on claim of potential clemency); *United States v. Lichnowski*, 23-cr-341 (RBW), November 7, 2024 Minute Order

(denying motion to continue sentencing hearing based on claim of potential clemency).

Accordingly, the Court should deny the defendant's motion for a continuance and proceed with sentencing the defendant on December 6, 2024.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        DC Bar No. 481052

By:    /s/ *Hutton Marshall*
        JOSEPH HUTTON MARSHALL
        Assistant U.S. Attorney
        DC Bar No. 1721890
        601 D Street, N.W.
        Washington, D.C. 20579
        (202) 809-2166
        Joseph.hutton.marshall@usdoj.gov